```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 09621
    SAMUEL ROBINSON
    ADRIENNE A JONES ROBINSON                  CHAPTER 13

                                               JUDGE: JACQUELINE P COX
           Debtor
   SSN XXX-XX-6013    SSN XXX-XX-1031

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 04/18/2008 and was confirmed 07/14/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/17/2008.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
A STEP AHEAD FOOTCARE     UNSEC W/INTER NOT FILED             .00           .00
ADVANCED HEART GROUP SC   UNSEC W/INTER     428.80            .00           .00
ASSOCIATED LABORATORY PH  UNSEC W/INTER NOT FILED             .00           .00
AT&T BROADBAND            UNSEC W/INTER NOT FILED             .00           .00
BUD S AMBULANCE SERVICE   UNSEC W/INTER NOT FILED             .00           .00
CALIFORNIA STUDENT AID C  UNSEC W/INTER NOT FILED             .00           .00
CALIFORNIA STUDENT AID C  UNSEC W/INTER NOT FILED             .00           .00
CB USA                    UNSEC W/INTER NOT FILED             .00           .00
COMCAST                   UNSEC W/INTER NOT FILED             .00           .00
COMCAST                   UNSEC W/INTER NOT FILED             .00           .00
COMCAST/CHICAGO           UNSEC W/INTER NOT FILED             .00           .00
ILLINOIS DEPARTMENT OF R  UNSEC W/INTER NOT FILED             .00           .00
ECONOMY INTERIORS INC     UNSEC W/INTER NOT FILED             .00           .00
FIRST CREDIT CORP         UNSEC W/INTER    1837.84            .00           .00
FISHER & SHAPIRO          MORTGAGE NOTI NOT FILED             .00           .00
FA FINANCIAL TRUST        UNSEC W/INTER NOT FILED             .00           .00
GREAT AMERICAN FINANCE    UNSEC W/INTER NOT FILED             .00           .00
GREAT AMERICAN FINANCE    UNSEC W/INTER     200.00            .00           .00
GUARANTY BANK             UNSEC W/INTER     177.52            .00           .00
HARVEY ANESTHESIOLOGISTS  UNSEC W/INTER NOT FILED             .00           .00
ASSET ACCEPTANCE CORP     UNSEC W/INTER     599.12            .00           .00
ASSET ACCEPTANCE CORP     UNSEC W/INTER     918.93            .00           .00
INGALLS HOSPITAL          UNSEC W/INTER NOT FILED             .00           .00
INGALLS HOSPITAL          UNSEC W/INTER NOT FILED             .00           .00
INGALLS HOSPITAL          UNSEC W/INTER NOT FILED             .00           .00
INGALLS MEMORIAL HOSPITA  UNSEC W/INTER NOT FILED             .00           .00
INGALLS MEMORIAL HOSPITA  UNSEC W/INTER NOT FILED             .00           .00
MIDWEST EMERGENCY ASSOC   UNSEC W/INTER NOT FILED             .00           .00
MIDWEST PHYSICIAN GROUP   UNSEC W/INTER     464.40            .00           .00
MIDWEST PHYSICIAN GROUP   UNSEC W/INTER NOT FILED             .00           .00
CB USA                    UNSEC W/INTER      85.00            .00           .00
INGALLS MEMORIAL HOSPITA  NOTICE ONLY   NOT FILED             .00           .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 09621 SAMUEL ROBINSON & ADRIENNE A JONES ROBINSON
```

```
INGALLS MEMORIAL HOSPITA NOTICE ONLY    NOT FILED              .00              .00
INGALLS MEMORIAL HOSPITA NOTICE ONLY    NOT FILED              .00              .00
NICOR GAS                UNSEC W/INTER  NOT FILED              .00              .00
PRIMARY HEALTHCARE ASSOC UNSEC W/INTER  NOT FILED              .00              .00
PRIMARY HEALTHCARE ASSOC UNSEC W/INTER  NOT FILED              .00              .00
RADIOLOGY IMAGING CONSUL UNSEC W/INTER  NOT FILED              .00              .00
RADIOLOGY IMAGING CONSUL UNSEC W/INTER  NOT FILED              .00              .00
EDUCATIONAL CREDIT CORP  UNSEC W/INTER    6002.69              .00              .00
SANTANA ENERGY           UNSEC W/INTER  NOT FILED              .00              .00
ST JAMES PROFESSIONAL SE UNSEC W/INTER  NOT FILED              .00              .00
SULLIVAN URGENT AID CENT UNSEC W/INTER  NOT FILED              .00              .00
TCF NATIONAL BANK        UNSEC W/INTER  NOT FILED              .00              .00
TCF NATIONAL BANK        UNSEC W/INTER  NOT FILED              .00              .00
TRACE AMBULANCE          UNSEC W/INTER  NOT FILED              .00              .00
ACC CONSUMER FINANCE     SECURED VEHIC    500.00               .00              .00
CUSO & CO                SECURED VEHIC  17025.03            103.67           631.60
CUSO & CO                UNSEC W/INTER  NOT FILED              .00              .00
CREDIT ACCEPTANCE CORP   SECURED VEHIC   4525.00             26.62           421.24
CREDIT ACCEPTANCE CORP   UNSEC W/INTER   4275.99               .00              .00
OCWEN FEDERAL BANK       CURRENT MORTG       .00               .00              .00
OCWEN FEDERAL BANK       MORTGAGE ARRE   2989.96               .00              .00
WASHINGTON MUTUAL BANK   CURRENT MORTG       .00               .00              .00
WASHINGTON MUTUAL BANK   MORTGAGE ARRE  18279.67               .00              .00
VILLAGE OF SOUTH HOLLAND FILED LATE         .00               .00              .00
HSBC BANK/OCWEN LOAN     MORTGAGE NOTI  NOT FILED              .00              .00
PORTFOLIO RECOVERY ASSOC UNSEC W/INTER    277.96               .00              .00
VERIZON WIRELESS         UNSEC W/INTER    523.93               .00              .00
WASHINGTON MUTUAL BANK   MORTGAGE NOTI  NOT FILED              .00              .00
JEFFERSON CAPITAL SYSTEM UNSEC W/INTER   4283.00               .00              .00
INGALLS MEMORIAL HOSPITA UNSECURED      NOT FILED              .00              .00
INGALLS MEMORIAL HOSPITA UNSECURED      NOT FILED              .00              .00
LEGAL HELPERS PC         DEBTOR ATTY     2,700.00                              12.98
TOM VAUGHN               TRUSTEE                                              103.89
DEBTOR REFUND            REFUND                                                  .00
```

        Summary of Receipts and Disbursements:
----------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
----------------------------------------------------------------------------
TRUSTEE                  1,300.00

PRIORITY                                               .00
SECURED                                            1,052.84
    INTEREST                                         130.29
UNSECURED                                              .00
ADMINISTRATIVE                                       12.98
TRUSTEE COMPENSATION                                 103.89
DEBTOR REFUND                                          .00
                         ---------------       ---------------

            PAGE  2 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 09621 SAMUEL ROBINSON & ADRIENNE A JONES ROBINSON

```
TOTALS                                  1,300.00              1,300.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 02/24/09                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```